UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MARCIA GREEN and AUSTEN SWAIM, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWSON SOFTWARE, INC., HARRY DEBES, H. RICHARD LAWSON, ROMESH WADHWANI, DAVID R. HUBERS, MICHAEL A. ROCCA, STEVEN C. CHANG, PAUL WAHL, PETER GYENES, ROBERT A. SCHRIESHEIM, GGC SOFTWARE HOLDINGS, INC., ATLANTIS MERGER SUB, INC., GOLDEN GATE CAPITAL, and INFOR GLOBAL SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 0:11-cv-01494-DSD-JSM<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Marcia Green and Austen Swaim voluntarily dismiss the above-captioned action without prejudice.

DATED: June 23, 2011

ANDERSON, HELGEN, DAVIS &
 NISSEN, PA

 s/Henry M. Hellgen III
Henry M. Helgen III (Attorney No. 151075)
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 435-6363
Facsimile: (612) 435-6379

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ARSHAN AMIRI
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

KENDALL LAW GROUP, LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Attorneys for Plaintiff

623504